PROB 19
Rev. 8/2000, NCMD

# United States District Court
## for the
## Middle District of North Carolina

USA v. BRIAN DAVID HILL          Docket No. 1:13CR435-1

TO:[1] THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF NORTH CAROLINA OR ANY OTHER AUTHORIZED OFFICER:

| WARRANT FOR ARREST OF SUPERVISED RELEASE VIOLATOR | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named violator and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court. | | | |
| NAME OF VIOLATOR<br>BRIAN DAVID HILL | SEX<br>M | RACE<br>W | AGE<br>28 |
| ADDRESS (STREET, CITY, STATE) | | | |
| SUPERVISED RELEASE IMPOSED BY:<br>MIDDLE DISTRICT OF NORTH CAROLINA | | DATE IMPOSED:<br>11/10/2014 | |
| TO BE BROUGHT BEFORE:<br>MIDDLE DISTRICT OF NORTH CAROLINA, GREENSBORO, NORTH CAROLINA | | | |
| CLERK:<br>JOHN S. BRUBAKER | BY (DEPUTY CLERK)<br>/s/Joy Daniel | DATE<br>11/14/2018 | |

| RETURN | | |
|---|---|---|
| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

RECEIVED

NOV 14 2018

U.S. Marshals Service, M/NC

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: BRIAN DAVID HILL | Case Number: 1:13CR435-1 |

Name of Sentencing Judicial Officer: The Honorable William L. Osteen, Jr.

Date of Original Sentence: November 10, 2014

Original Offense: Possession of Child Pornography in violation of 18 U.S.C. § 2252(A)(a)(5)(B) and (b)(2).

Original Sentence: Custody of the Bureau of Prisons for 10 months and 20 days, but not less than time served, followed by 10 years supervised release.

April 29, 2015: Modification suspending mandatory drug testing was filed.

June 30, 2015: Supervised release violation hearing before the Honorable Thomas D. Schroeder. Supervised release was continued with the additional special conditions of six (6) months home incarceration and participation in a Cognitive Behavioral Therapy program.

September 4, 2015: Report of Offender Under Supervision was filed.

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: November 13, 2014 |
| | Date Supervision Expires: November 12, 2024 |

Assistant U.S. Attorney: Anand Prakash Ramaswamy  Defense Attorney: John Scott Coalter

---

### PETITIONING THE COURT

[X] To issue a warrant. For compelling reasons, this petition and Warrant shall remain sealed until the Warrant is executed. The Clerk shall provide a copy of the petition and Warrant to the U.S. Attorney's Office and the United States Marshal Office.

[ ] To issue a summons

The probation officer believes that Mr. Hill has violated the following condition(s) of supervision:

**Violation 1 - The defendant shall not commit another federal, state or local crime.**

On September 21, 2018, Mr. Hill was arrested by the Martinsville Police Department in Martinsville, VA for Misdemeanor Indecent Exposure. The offense date was September 21, 2018. Mr. Hill remains without bond at the Martinsville City Jail as of the date of this report. Mr. Hill's next scheduled court date is December 21, 2018.

According to the police report, on the night of September 21, 2018, a report was received that a nude male had been observed running on a public park trail within the city limits. Officers responded and made contact with the male, later identified as Mr. Hill. Mr. Hill ran away from the officers and was shortly thereafter detained near a creek. Mr. Hill advised the officers that a "black man in a hoodie" made Mr. Hill

RE: Brian David Hill                                                                                           2

"get naked and take pictures of himself." Mr. Hill was in possession of a camera which he voluntarily allowed the officers to examine. The camera contained several nude photographs of Mr. Hill in different locations around the city of Martinsville. Following an examination at a local hospital, Mr. Hill was medically and psychologically cleared. Mr. Hill was subsequently arrested for Indecent Exposure, in violation of Virginia Criminal Code § 18.2-37, a Class 1 Misdemeanor.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
    [X]   revoked.
    [ ]   extended for   years, for a total term of   years.

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the forgoing is true and correct.

Executed on     November 6, 2018

Kevin M. Alligood
U.S. Probation Officer Specialist

Approved by:

Edward R. Cameron
Supervisory U.S. Probation Officer

November 12, 2018
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA )
)
v. ) 1:13CR435-1
)
BRIAN DAVID HILL )

**ORDER ON PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

This matter is before the Court upon request of the United States Probation Officer. (Doc. 157.) The Court has reviewed the petition and finds the following:

( ) No Action.

(X) The Issuance of a Warrant. For compelling reasons, this petition and Warrant shall remain sealed until the Warrant is executed. The Clerk shall provide a copy of the petition and Warrant to the U.S. Probation Office, the U.S. Attorney's Office, and the United States Marshal Office.

( ) The Issuance of a Summons. Upon issuance of a summons, the Petition shall be unsealed.

( ) Other:

IT IS SO ORDERED.

/s/ Thomas D. Schroeder
United States District Judge

November 13, 2018