FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA

v.

Brian David Hill

CASE NO.: 7/8MJ749
DATE: 12/26/18
TYPE OF HEARING: IA Rule 5

******************************************************************

PARTIES:

1. Robert S. Ballou
2. Kari Munro, AUSA
3. Randy Cargill, FPD
4. Brian Hill, dft.
5. Jason McMurry, USPO
6.
7.
8.
9.
10.

******************************************************************

Recorded by: K. Brown          Time in Court: 27 m

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 2:45 | 1 |  | 2 |  |  |  |  |  |  |
|  | 4 |  | 5 |  |  |  |  |  |  |
|  | 1 | 3:07 | 1 |  |  |  |  |  |  |
|  | 3 |  | 3 |  |  |  |  |  |  |
| 2:48 | 1 | 3:08 | 1 |  |  |  |  |  |  |
|  | 5 |  | 3 |  |  |  |  |  |  |
|  | 1 | 3:10 | 1 |  |  |  |  |  |  |
| 2:53 | 2 |  | 4 |  |  |  |  |  |  |
|  | 5 |  | 1 |  |  |  |  |  |  |
| 3:00 | 1 |  | 2 |  |  |  |  |  |  |
|  | 5 |  | 3 |  |  |  |  |  |  |
|  | 1 | 3:12 | 1 |  |  |  |  |  |  |
| 3:03 | 3 |  |  |  |  |  |  |  |  |
|  | 5 |  |  |  |  |  |  |  |  |
| 3:06 | 1 |  |  |  |  |  |  |  |  |