CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 26 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 7:18-mj-00149 |
| | ) |
| BRIAN DAVID HILL | ) |

## ORDER

This matter came before this Court on 12/26/2018, pursuant to a Petition for Revocation under supervised release from the Middle District of North Carolina. The court, on it's own motion, finds that there is reasonable cause to believe that defendant may be suffering from a mental defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceeding against him or to assist properly in his defense. The Court also finds that it is necessary to determine the existence of insanity at the time of the offense.

Therefore, it is hereby **ORDERED** pursuant to Title 18, United States Code, Sections 4241(b) and 4242(a), that the defendant, Brian David Hill, be committed to the custody of the Attorney General for a period not to exceed forty-five (45) days in accordance with Title 18, United States Code, Section 4247(b) and (c). This Court recommends to the Attorney General the facility at Federal Correctional Institution, Butner, North Carolina for hospitalization and treatment. Furthermore, the United States Marshal shall transport defendant to a suitable facility when sufficient space for defendant becomes available.

Upon the completion of the examination, the examining psychiatrist/psychologist shall report his/her findings to the Court with a copy thereof to Randy Cargill, counsel for the defendant, Federal Public Defenders Office, Suite 420, 210 First Street SW, Roanoke VA

24011; and Kari Munro, Assistant U. S. Attorney, 310 First Street, SW, Room 906, Roanoke, VA 24011; as to the following matters pursuant to Title 18, United States Code, Section 4247(c), and shall include information as directed in Title 18, United States Code, Section 4247(c)(1), (2), (3), (4)(A) and (B): 1) defendant's history and present symptoms; 2) a description of the psychiatric, psychological, and medical tests that were employed and their results; 3) the examiner's findings; and 4) the examiner's opinions as to diagnosis, prognosis; whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and whether the defendant was insane at the time of the offense charged. The United States Marshal shall arrange for return transport from the facility to this division upon being notified by the facility that it has completed its evaluation.

The Clerk of this Court shall certify a copy of this Order to each of the following: United States Marshal, Western District of Virginia, Roanoke, Virginia; Randy Cargill, counsel for the defendant; Kari Munro, Assistant U. S. Attorney, Roanoke, VA; and U. S. Probation Office, Roanoke, Virginia.

Enter: 12/26/2018

Robert S. Ballou
United States Magistrate Judge