# In The United States District Court For The Western District of Virginia

| United States of America, Plaintiff | Case no. 7:18-MJ-00149 |
|---|---|
| V. | |
| Brian David Hill, Defendant | |

CLERK'S OFFICE U.S. DIST. COURT AT ROANOKE, VA FILED JAN 03 2019 JULIA C. DUDLEY, CLERK BY: DEPUTY CLERK

## Motion to Reconsider Magistrate Judge's Order and Findings pursuant to Rule 59

Now Comes Defendant Brian David Hill ("Brian", "Hill") with a Motion for this honorable Court requesting that the District Court Judge modify, correct and/or vacate the Order and findings of U.S. Magistrate Judge Robert Ballou on December 26, 2018 (hearing) on the basis of facts and error.

## Motion and Legal Brief/Memorandum of Law

Hill petitions the honorable Court to correct, modify, and/or vacate the decision of the Hon. Magistrate Judge Robert Ballou pursuant to Rule 59 of the Federal Rules of Criminal Procedure (b) Dispositive Matters (2) Objections to findings and recommendations; Rule 59(b)(2), based on the facts:

1

Fact 1: Hill was found ~~compent~~ competent to stand trial in November, 2018, after Hill's Attorney Scott Albrecht filed a Motion for a mental evaluation on competency. This Court may check the Court records of such evaluation at the Martinsville General District Court, Clerk Ms. Stacie Renae Prillaman, Phone no. 276-403-5125, address 55 West Church St., Martinsville, VA, and case no. C18-3138, "Commonwealth v. Hill".

Fact 2: Hill had appealed his wrongful conviction on December 26, 2018, to the Martinsville Circuit Court for trial de novo. The trial date is set for January 28, 2019. Attorney Scott Albrecht had agreed to continue representing Hill and one defense Hill asserts is that Hill was a victim of crime in regards to a man wearing a black/dark hoodie on late night of September, 2018 had threatened ~~to kill~~ that "they" will kill Hill's mother if he didn't get naked and take photos of himself. Late night of September 20th, Hill had forewarned the U.S. District Court in Greensboro about this incident and also informed U.S. Probation Officer ("USPO") Jason McMurray about that incident as well as FBI Lynchburg. This Court may review over case Documents no.'s 152, 153, 154, 155, 156, 157, 159, 160, 161, 162, 163, 164, and 165 of case no. 1:13-cr-435-1, United States v. Brian David Hill, U.S. District Court for the Middle District of North Carolina (forgot to mention Document no. 158).

2

It may be a waste of time and Judicial resources to order a mental evaluation for competency when Hill was found competent in November, 2018, in the Commonwealth of Virginia case. Hill is working with his State case Attorney Scott Albrecht with at least one or more defenses planned for Trial on January 28, 2019.

Hill is still waiting on Transcript of the hearing dated December 26, 2018, since Hill mailed out his "Motion/Request for Transcripts".

Hill's objection is to the mental evaluation, and it is based on "Fact 1" and "Fact 2" herein. Hill requests that the Court completely cap the evaluation at 45 days or less, that it be speedy and expedited, and that no extensions of time be granted, or vacate the order for a mental evaluation. Hill requests that if the evaluation isn't vacated that: (1) Dr. Dawn Graney be barred from conducting the evaluation for bias and conflict of interest; (2) Hill be evaluated at the Federal Medical Center due to his brittle Type 1 Diabetes (FMC Butner, NC) instead of the Federal Correctional Institution in Butner, NC; (3) since Hill had a head injury in the fall to winter in 2017 that the FMC conduct a MRI and CT scans; and (4) since Hill has chronic diarrhea negatively worsening Hill's Obsessive Compulsive Disorder including hand

3

washing and bathing as USPO McMurray was concerned about at the hearing, that the FMC draw blood from Hill to test him for Candida Yeast (Candidaisis) infection which will ease USPO McMurray's concerns as the chronic diarrhea treatment will reduce Hill's OCD hand washing to be more reasonable. Hill's OCD and bathing routines had gotten worse all due to the chronic diarrhea making Hill feel dirty causing worsening of his OCD condition. Hill has and had symptoms of Candida sufferers such as eczema, toe nail fungus, constant muccus, and chronic diarrhea. Hill does not object to Butner, NC being the location for evaluation, if the Court does not ~~come~~ consider the Competency evaluation of November, 2018 ~~evaluation~~ to be sufficient evidence of Hill's competency.

Hill has a duty to attend criminal trials. Hill has the right to a bench/jury trial. Hill has a Constitutional right and legal obligation to attend his trial de novo dated January 28, 2019 at the Martinsville Circuit Court, Commonwealth of Virginia for a Judge to determine Brian Hill's guilt or innocence, in his charge of indecent exposure.

Hill asks the Judge to correct, modify, and/or vacate the decision of Magistrate Judge Robert Ballou that was rendered on December 26, 2018.

4

Hill also asks for any other reliefs as the Court deems proper and just. Thank You.

Respectfully filed with the Court, this the 31st day of December, 2018.

*Brian D. Hill*
signed

Legal Mail only: Brian David Hill
#00-21123
Western Virginia Regional Jail
5885 West River Rd.
Salem, VA 24153

Regular Mail:
Brian David Hill #00-21123
c/o Smart Communications-Western Virginia Regional Jail
3735 Franklin Road SW #275
Roanoke, VA 24014-2260

U.S.W.G.O.
Stanley-Friend's blog: JusticeForUSWGO.wordpress.com

Drain The Swamp - Trump
Infowars.com    Make America Great Again

5
Case 7:18-mj-00149-RSB   Document 7   Filed 01/03/19   Page 5 of 7   Pageid#: 13

# Certificate of Service

I, Brian David Hill certify that the foregoing pleading was filed with the Clerk of the Court, by placing such envelope w/pleading in the Institution's mailing system (postage prepaid). I request that the Clerk serve all parties to this case (7:18-MJ-00149) by Notice of Electronic Filing under CM/ECF which will notify such parties.

Executed on December 31, 2018.

Brian D. Hill
signed

Legal Mail only:
Brian David Hill
#00-21123
Western Virginia Regional Jail
5885 West River Rd.
Salem, VA 24153

Personal mail: Brian David Hill #00-21123
c/o Smart Communications-Western Virginia Regional Jail
3735 Franklin Road SW #275
Roanoke, VA 24014-2260

U.S.W.G.O.
Friend Stanley's blog: JusticeForUSWGO.wordpress.com

Infowars.com

Drain The Swamp - Trump
Make America Great Again

6

Brian David Hill #00-211'23
c/o Smart Communications
Western Virginia Regional Jail
3735 Franklin Road SW #275
Roanoke, VA 24014-2260

ATTN: Clerk of the Court
U.S. District Court
Western District of Virginia
210 Franklin Road SW, Suite 540
Roanoke, Virginia 24011

Legal Mail