# In The United States District Court
# For The Western District of Virginia

| | |
|---|---|
| United States of America, Plaintiff, | Criminal Action No. 7:18-MJ-00149 |
| V. | |
| Brian David Hill, Defendant, | |

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JAN 07 2019
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

## Motion/Request for Transcripts

Criminal Defendant Brian David Hill hereby requests a Transcript of the hearing/proceeding that had occured on December 26, 2018, pursuant to Title 28 U.S.C. §753(f) since Defendant Hill proceeds under 18 U.S.C. §3006A of the Criminal Justice Act, In Forma Pauperis. Defendant also requests that such Transcript be furnished as soon as possible and filed on the Docket publicly in this case. Thank You.

Respectfully filed with the Court, this the 28th day of December, 2018.

Legal Mail: Brian D. Hill
                    Signed

Regular Non-legal Mail:
c/o Smart Communications
3735 Franklin Rd. SW
#275
Roanoke, VA 24014-2260

Brian David Hill #00-21123
Western Virginia Regional Jail
5885 West River Rd.
Salem, VA 24153
U.S.W.G.O.

# Certificate of Service

Brian David Hill certifies that the foregoing pleadings:
1. Motion/Request for Transcripts;
2. Motion to Stay Supervised Release proceedings until finality of State/Commonwealth case;
3. Declaration and States Report of Brian David Hill in Support of staying Supervised Release proceedings; have been placed inside an envelope, postage prepaid, to be placed in Western Virginia Regional Jail's mailing system on December 28, 2018, to be mailed to the Clerk of the Court, U.S. District Court. Since Brian Hill is proceeding In Forma Pauperis, he requests that the Clerk the seperately file all three (3) pleadings on the Docket no. 7:18-MJ-00149 which will notify the Government in this case through the Notice of Electronic Filing (NEF) system of CM/ECF.

Respectfully filed,
Brian D. Hill
signed

My friend Stanley's legal blog:
JusticeForUSWGO.wordpress.com

Brian David Hill
#00-21123
Western Virginia Regional Jail
Only Legal Mail: 5885 West River Rd.
Salem, VA 24153

Infowars.com    U.S.W.G.O.
Make America Great Again, Drain The Swamp Trump

# In The United States District Court For The Western District of Virginia

| | |
|---|---|
| United States of America, Plaintiff, | Criminal Action No. 7:18-MJ-00149 |
| V. | |
| Brian David Hill, Defendant, | |

## Motion to Stay Supervised Release proceedings until finality of State/Commonwealth case

Defendant Brian David Hill ("Brian", "Hill") hereby requests that the honorable Court stay the proceedings that were pursuant to Rule 32.1 of the Fed. Rules of Crim. Procedure, all in regards to the alleged complaint of Hill's Supervised Release Violation ("SRV") until the finality of the State/Commonwealth case "Commonwealth of Virginia v. Brian David Hill" case no. C18-3138, in the Martinsville Circuit Court, and any Appeals taken thereafter.

## Background

Hill was charged on September 21, 2018 by Sgt. R.D. Jones of Martinsville Police Department. The charge was indecent exposure. The case was filed in the Martinsville General District Court.

1

Hill's Appeal was successfully filed on December 26, 2018, a trial de novo has been set for the date of January 28, 2019, at the Martinsville Circuit Court located at 55 West Church St., Martinsville, VA 24112.

The filed "Declaration and Status Report of Brian David Hill in support of staying Supervised Release proceedings" shall support the factual basis of this Motion.

The charge itself led to Supervised Release Violation proceedings. In the event that Hill is found innocent of indecent exposure, that would support USPO Jason McMurray's concerns on December 26, 2018 at the hearing that day, that Hill was threatened to get naked, and under Mens Rea Hill had no intent to indecent exposure, was adjudicated innocent and thus did not violate conditions of Supervised Release. For these reasons herein Hill requests stay of this case's proceedings until finality of Hill's state case. Respectfully filed with the Court this the 28th day of December, 2018.

Brian D. Hill
Signed

Regular, Non-Legal mail:
Brian David Hill #00-21123
c/o Smart Communications
3735 Franklin Rd, SW #275
Roanoke, VA 24014-2260

Legal Mail:
Brian David Hill #00-21123
Western Virginia Regional Jail
5885 West River Rd.
Salem, VA 24153

USWGO

# In The United States District Court
# For The Western District of Virginia

| United States of America, Plaintiff, | Criminal Action No. 7:18-MJ-00149 |
|---|---|
| v. | |
| Brian David Hill, Defendant, | |

## Declaration and Status Report of Brian David Hill in support of staying Supervised Release proceedings

I, Brian David Hill file this Declaration and Status Report dated December 28, 2018 with this honorable Court, in support of "Motion to Stay Supervised Release proceedings until finality of State/Commonwealth case", and subject to the penalties of perjury thereof. I hereby state the following:

1. I will be proceeding to trial de novo at the Martinsville Circuit Court on January 28, 2019 due to the Appeal that I had filed on December 26, 2018. Attorney Scott Albrecht of the Martinsville Public Defender office is representing me in Circuit Court in the matter of trial de novo. Case no. CL8-3138 "Commonwealth of Virginia v. Brian David Hill". Circuit Court at 55 W. Church St, Martinsville, VA.

1

2. At the law library system at Western Virginia Regional Jail in Salem NC, I found three cases in support of my innocence. Salem, VA.

    1. A.M. v. Commonwealth of Virginia, Court of Appeals in Alexandria, record no. 1150-12-4, and dated February 12, 2013.
    2. Kenneth Samuel Moses v. Commonwealth of Virginia, Court of Appeals in Salem, record no. 0985-03-3, and dated August 10, 2004.
    3. Kimberly F. Neice v. Commonwealth of Virginia, Court of Appeals in Teleconference, record no. 1477-09-3, and dated June 8, 2010.

3. However the three (3) foregoing cases apply to a technical legal innocence. In Declarations and Status Reports, as well as in letters written to U.S. Probation Officer Jason McMurray (See Documents 152, 153, 154, 155 and more on up) I have reported that I was coerced by a guy wearing a dark hoodie to get naked in public, walk on the Dick and Willie Trail, find a spot to take pictures of myself and then place the camera or SD card at a bench after Southern Finishing factory, if I do not do this they will kill my Mother Roberta Hill. Even written a letter to the Virginia Attorney, about this, requesting CC: to State Police. General

2

4. The Martinsville Police Officer R.D. Jones had asked me questions and/or I gave statements about the guy wearing a hoodie. He misunderstood some things I said to him on September 21, 2018, because he did not understand my Autism Spectrum Disorder. I am aware of law enforcement trainer Dennis Debbaudt's whitepaper on "Interview and Interrogations of people with Autism Spectrum Disorder" that name may or may not be the exact name of that whitepaper, as this came from memory. If the mental health organizations named REACH and Piedmont Community Services had been involved on September 21, 2018, I never would have been arrested that day and would have been placed in protective custody by REACH and never would have faced revocation. It was all caused by a misunderstanding/miscommunication caused by my Autism. I had no intent to indecent exposure since I was under duress. I was not aroused when I was naked. The police bodycam footage when I made statements can also prove coercion.

5. I assert technical innocence to my charge, and innocence based on me being threatened and coerced to get naked, and take pictures of myself.

3

6. I assert that I have good faith in my letters to U.S. Probation Officer Jason McMurray. I have exercised truthfulness and have acted in good faith when I had informed the U.S. District Court in Greensboro, and my Probation Officer McMurray of my charge and/or reported about the guy wearing the hoodie. Some of the things I said in those letters were said out of anger, sadness, and other emotions I had felt after receiving the Federal Detainer. I had every right to rant about this and be upset because I was a victim of crimes and repeated injury. Victim of perjury, victim of coercion to get naked, victim of subornation of perjury, victim of a blackmail attempt, victim of fraud upon the Court, and maybe other crimes. About my statements out of fear that Trump and his whole family could end up killed are not crazy statements with music artist Madonna saying on television that she been thinking an awful lot about blowing up the White House, a woman putting her hand up holding a fake bloody head of Donald Trump, and there are other threats against the President that I was made aware of. So I am not crazy for making in-fact truthful statements and emotional statements of how I felt to U.S.P.O. McMurray. I believe it is wrong to revoke my Supervised Release over a charge I am innocent of when I am a victim of crime and was coerced to get naked.

Regardless of whether the Judge personally believes me or not in Circuit Court, I will continue telling the truth until there is a proper criminal investigation, until the guy wearing the hoodie is captured and arrested, and whoever is behind these crimes against me and my family is arrested and caught. AUSA Ramaswamy has in fact committed subornation of perjury and fraud upon the Court, and while my former USPO Kristy L. Burton committed perjury on June 30 2015. My family members know this to be a fact too as they read my Court filings and looked over the evidence of these crimes. Roberta Hill, Stella Forinash, and Kenneth Forinash all know that I can discern reality and that I am not crazy. My last mental evaluation on November 2018, which was court-ordered in Martinsville, found that I was competent to stand trial. The next evaluation will be the same result, that I am competent to proceed, I am confident about that. I do have Autism and major health issues which help fuel my anxiety and severe OCD hand washing and body washing routines that USPO Jason had mentioned on December 26, 2018 at my hearing. I approve of only 45 days at the Federal Medical Center in Butner, N.C. I need a CT scan and MRI. I need the evaluation to be speedy and expedited. However Dr. Dawn Graney is in conflict of interest and I do not think she should be involved this evaluation.

5

I did have a head injury so a MRI, CT scan, a blood test to determine whether my chronic diarrhea was caused by Candida Yeast, and other important tests would significantly improve my physical and mental conditions. I recommend that the Attorney General have me evaluated at the Federal Medical Center in Butner, NC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 28, 2018.              *Brian D. Hill*
                                             signed

I also ask that I be allowed to attend my trial de novo on January 28, 2019, in Martinsville Circuit Court. Thank You. Respectfully filed with the Court, this the 28th day of December, 2018.

                                             *Brian D. Hill*
                                             signed

Regular mail:                                Brian David Hill
Brian David Hill #00-21123                   #00-21123
c/o Smart Communications                     Western Virginia Regional Jail
3735 Franklin Rd SW #275                     5885 West River Road
Roanoke, VA 24014-2260                       Salem, VA 24153
Friend's blog:                               U.S.W.G.O.
JusticeForUSWGO.wordpress.com                Drain The Swamp-Trump

6



Brian David Hill #00-21123
c/o Smart Communications - Western Virginia Regional Jail
3735 Franklin Road SW #275
Roanoke, VA 24014-2260

ATTN: Clerk of the Court
U.S. District Court, Western District of Virginia
210 Franklin Road SW, Suite 540
Roanoke, VA 24011

LEGAL MAIL

WVRJ INMATE MAIL

GREENSBORO NC 274
PIEDMONT TRIAD AREA
02 JAN 2019 PM 5 L
FOREVER USA
Barn Swallow

RECEIVED
JAN 07 2019
USDC Clerk's Office
Mail Room

