# In The United States District Court
## For The Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 10 2019

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

| United States of America, | |
|---|---|
| Plaintiff, | Criminal Action No. |
| | 7:18-MJ-00149 |
| v. | |
| | |
| Brian David Hill, | |
| Defendant | |

## Motion for Summary Judgment and Continue Supervised Release

Criminal Defendant Brian David Hill ("Brian" "Hill") respectfully files this Motion requesting Summary Judgment in this case in regards to Hill's Supervised Release and a Stay of Supervised Release Violation proceedings until finality of ~~State~~/Commonwealth case of Brian David Hill. State

## Brief/Memorandum of Law

Hill has been charged with violating the terms and conditions of his Supervised Release (Document #1) under Rule 32.1(b) of Fed. Rules of Crim. Procedure. The Government has the burden of proving Probable Cause for the Supervised Release Violation proceedings to continue or be dismissed.

1

As a factual basis determined by testimony of U.S. Probation Officer on December 26, 2018 (testimony of USPO Jason McMurray, Roanoke, VA) the facts are that (1) Hill has been respectful to his Probation Officer since July 2015; (2) Hill had written letters to his Probation Officer since his arrest honestly informing him of what happened on late night of September 20, 2018, demonstrating that Hill was approached by a man wearing a hoodie who had threatened that Hill's mother Roberta Hill would be murdered if Hill didn't get naked in public and take pictures of himself at night (See Documents no. 152, 153, 154, 155, 161, 162, 163, 164, and 165); (3) that Hill desired to be in a Assisted living facility temporarily for his health and safety; (4) USPO McMurray is not in favor of revocation; (5) Martinsville Police had lied to USPO McMurray in September, 2018, that Hill had recanted his story about the man wearing a hoodie when Hill never recanted such statements (that may not have been brg brought up at that hearing but that fact can be addressed at the next hearing); (6) that is appealing his conviction to the Circuit Court new trial aka trial de novo. Hill's criminal case in the City of Martinsville, Commonwealth of Virginia, is being retried; (7) and that Hill had filed his 2255 Motion to overturn his conviction.
Documents mentioned in (2) are in Case Docket no. 1:13-CR-435, Middle District of North Carolina.

2

More Facts to be considered:

- Hill is heading to trial in the Martinsville Circuit Court on January 28, 2019 for a Judge to determine Hill's guilt or innocence. Hill's lawyer Scott Albrecht an Assistant to the Public Defender Office in Martinsville will push the defense that Hill was coerced and threatened to get naked and take pictures. Hill fully cooperated with law enforcement by being honest about what happened and voluntarily turning over the camera and SD card to law enforcement. Hill was honest with his Probation Officer about what happened.

- This violation stemed from Hill's Virginia charge of indecent exposure. If Hill is found legally and ~~found innocent~~ factually innocent at his new trial and prevails at any further Appeals (if necessary) then Hill was factually and legally innocent by bench-trial and thus did not commit the Virginia offense and was wrongfully arrested on September 21, 2018. Hill would not have violated his condition of Supervised Release. Hill did not violate his Conditions by his factual innocence and Hill acted in good faith by writing his Probation Officer.

- Hill has Autism Spectrum Disorder, thus has a nuerological disability which can cause Hill not to act appropiately during a threatening situation and even in response to one (referring to the photographs). Thus law enforcement had misunderstood Hill's intent on September 21, 2018.

3

Hill's Probation Officer does not reccommend revocation, Hill may be found factually innocent of his charge. Hill's letters to his Probation Officer about what happened shows a good faith effort to comply with his conditions of Supervised Release. When Hill is found innocent at his Trial de novo, this collectly supports USPO McMurray's statements and proves that Hill did not violate the conditions of his Supervised Release. Hill should continue his Supervised Release as a matter of law. Hill should be granted Summary Judgment as a matter of the facts and the law.

A party may move for Summary Judgment, identifying each claim or defense -- or the part of each claim or defense -- on which Summary Judgment is sought. The Court shall grant Summary Judgment if the Movant shows that there is no genuine dispute as to any material fact and the Movant is entitled to Judgment as a matter of law. Anderson v. Liberty Lobby, Inc 477 U.S. 242, 106 S.Ct 2505, 91 L.Ed.2d 202 (1986)

Under Rule 32.1(a)(5)(A)(ii) it states that the Court may "dismiss the proceedings and so notify the Court that has jurisdiction, if the Judge finds no probable cause to believe that a violation occured," under Fed. Rules of Crim. Procedure.

4

Even Amendment IV to the Bill of Rights, Constitution of the United States said "...and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation..." If Hill is found innocent by the Judge of his bench-trial by facts and law to his charge of indecent exposure, then this supports his Supervising Probation Officer McMurray's claim on Dec. 26, 2018, that he (Hill) was unlawfully coerced by a man wearing a hoodie to get naked, and shows that his USPO does not push for revocation and does not support the push to revoke Hill's Supervised Release. Hill has been honest with the U.S. District Court (Middle District of North Carolina) and his Probation Officer McMurray about what happened in Sept. 20 through 21, 2018. Hill has remained in full compliance and should continue his Supervised Release. Hill did not violate V.A. code §18.2-387 has been upfront and honest with what happened. Cooperated with law enforcement by telling them what he knew to be true and voluntarily turned over evidence. The police misunderstood Hill's Autism, that is what led up to Hill's arrest. The Court has been given good reason to dismiss this violation as unfounded, and grant this Motion for Summary Judgment.

Hill requests that this honorable Court (1) Grant Hill's Motion for Summary Judgment; (2) Dismiss (Doc. no. 1) the Supervised Release Violation as unfounded incl. Unconstitutional Warrant; (3) Grant any other Relief that the Court finds proper and just.

5

Respectfully filed with the Court, this the 7th day of
January 2019.

_Brian D. Hill_
signed

Brian David Hill
#00-21123
Western Virginia Regional Jail
5885 West River Road
Salem, VA 24153
U.S.W.G.O.

My friend:
Stanley Bolten's blog: JusticeForUSWGO.wordpress.com

Drain The Swamp — Donald Trump
Make America Great Again

6

# In The United States District Court
## For The Western District of Virginia

| | |
|---|---|
| United States of America, Plaintiff, | Criminal Action No. 7:18-MJ-00149 |
| V. | |
| Brian David Hill, Defendant, | |

## Motion/Request for Transcript of hearing

Criminal Defendant Brian David Hill hereby requests a Transcript of the hearing/proceeding that had happened on December 26, 2018, pursuant to Title 28 U.S.C. §300 753(f), since Defendant Hill proceeds under 18 U.S.C. §3006A of the Criminal Justice Act, In Forma Pauperis. Defendant also requests that such Transcript be furnished As Soon As Possible and filed on the Docket publicly in this case. Thank You.

Respectfully filed with the Court, this the 7th day of January, 2019.

Brian D. Hill
signed

Only Legal Mail: Brian David Hill #00-21123
Western Virginia Regional Jail
5885 West River Road
Salem, VA 24153

Drain The Swamp-Trump                    USWGO

| United States of America, Plaintiff, | Criminal Action No. 7:18-MJ-00149 |
|---|---|
| V. | |
| Brian David Hill, Defendant, | |

## Motion to Reconsider Magistrate's Document #6 Order

Criminal Defendant files this Motion objecting to Doc. #6 Order Committing Defendant for Psychiatric Evaluation, requesting modification and/or vacating such order pursuant to Rule 59(b)(2) of the Federal Rules of Criminal procedure. The facts supporting this objection is that (1) Brian was found competent in November, 2018 evaluation in Hill's state case (Doc. #7). (2) Brian was found competent by Dr. Dawn Graney of FCI1-Butner, NC, in 2014. Brian is competent to assist his Attorney and file Motions, cite case law, and cite law. Brian objects to the Document #6 Order.

Respectfully filed with the Court, this the 7th day of January, 2019.

Brian D. Hill
signed

Legal Mail only: Brian David Hill #00-21123
Western Virginia Regional Jail
5885 West River Road, Salem VA 24153
U.S.W.G.O.

# Certificate of Service

Brian David Hill certifies that the following pleadings,
1. Motion To Reconsider Magistrate's Document #6 Order;
2. Motion/Requesting for Transcript of hearing;
3. Motion For Summary Judgment and Continue Supervised Release;
were placed in an envelope postage prepaid and deposited on January 7, 2019 in the Institution's mailing system, to be mailed to the Clerk of the Court. Under the In Forma Pauperis statute, Brian requests that the ~~Government~~ Clerk serve copies to the Government by using Notice of Electronic Filing, by CM/ECF system which will notify the other party to this case.

Brian D. Hill
signed

Brian David Hill
#00-21123
Western Virginia Regional Jail
5885 West River Road
Salem VA 24153
U.S.W.G.O.

My friend's blog: JusticeForUSWGO.wordpress.com

Drain The Swamp — Donald Trump



Brian David Hill #100-21123
c/o Smart Communications—
Western Virginia Regional Jail
5735 Franklin Road SW #275
Roanoke, VA 24014-2260

WVRJ
INMATE MAIL

RECEIVED
JAN 10 2019
USDC CLERKS OFFICE
ROANOKE, VA

ATTN: Clerk of the Court
Re: 7:18-MJ-00149
U.S. District Court
210 Franklin Road Suite 540
Roanoke, VA 24011

24011-220599

LEGAL MAIL

GREENSBORO NC 274
PIEDMONT TRIAD AREA
08 JAN 2019 PM 3 L

USA
FOREVER