

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Correctional Institution*
*P. O. Box 1000*
*Butner, North Carolina 27509*

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 17 2019

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

January 14, 2019

The Honorable Robert S. Ballou
210 Franklin Road, SW Suite 344
Roanoke, VA 24011-2208

RE: HILL, Brian David
REGISTER NUMBER: 29947-057
DOCKET NUMBER: 7:18-mj-00149

Dear Judge Ballou:

The above-referenced individual was admitted to the Federal Correctional Institution, Butner, North Carolina, on January 9, 2019, pursuant to the provisions of Title 18, United States Code, Sections 4241 (b), 4242 (a) and 4247 (b) (c).

Currently, the evaluator is conducting interviews and psychological testing with Mr. Hill which are necessary to complete his evaluation. In order to complete extensive psychological testing, I respectfully request the evaluation period start on the date of his arrival at this institution and be extended for thirty days. If this request is granted, the evaluation period will end on March 25, 2019. Staff will complete the evaluation as soon as possible after that date and notify the U.S. Marshals Service and the Clerk of Court when the evaluation is completed. If you concur, please complete the bottom section of this request and return by fax machine to J. McPhatter, Psychology Technician, at (919) 575-2015, and to Antonia Loyd, Supervisory Inmate Systems Specialist, at (919) 575-2003.

Thank you in advance for your assistance in this matter. If you need additional information, please contact me at (919) 575-4541.

Respectfully,

B. Sullivan
Warden

[✓] The above requested extension of time is hereby granted

[ ] The above requested extension of time is not hereby granted

Signature: _____
United States Magistrate Judge Robert S. Ballou

DATE: January 15, 2019