# In The United States District Court
# For The Western District of Virginia

| | |
|---|---|
| United States of America, Plaintiff, | Criminal Action No. 7:18-MJ-00149 |
| v. | |
| Brian David Hill, Defendant, | |

CLERK'S OFFICE U.S. DIST. COURT AT ROANOKE, VA
FILED
JAN 24 2019
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

Declaration of Brian David Hill in support of Document no. 7 Motion for Reconsideration by Brian David Hill

Criminal Defendant Brian David Hill hereby files this Declaration in support of Document #7 Deft's Motion for Reconsideration re: 6 Order Committing Defendant for Psychiatric Evaluation, subject to the penalties of perjury thereof files these statements with the Honorable Court in this case.

## Declaration

I am Brian David Hill and I am currently at the Federal Correctional Institution 1 in FCC Butner, North Carolina. I am aware that I am currently being evaluated for competency to assist my Counsel in my defense to the Supervised Release Violation charge referenced in charging documents in Document #1.

1

On late night September 20, 2018, between 11:00PM to midnight, I was walking around the warehouse that is right at the entrance of downtown Martinsville, near the building of Piedmont Community Services located at 24 Clay Street in Martinsville, Virginia. ~~When~~ The Dick and Willie hiking trail and a road beside that trail is beside that big warehouse. A man wearing a dark colored hoodie waved his hand to get me to go over to the trees that is beside the hiking trail, I think they were pine trees. He told me as soon as I got close to him that "You will get naked in public, walk on the Dick and Willie trail, find a spot to take pictures of yourself then place the camera or SD card at the bench after Southern Finishing factory, if you do not do this they will kill your mother Roberta Hill. Do you understand?". I responded with "yes, I will do it, please don't kill my mother." He said "go and do it or else". He was between 5ft and 6ft, slim, wore a hard mask, sounded like a white guy, maybe 160lbs.

I had filed Status Reports, Declarations, and other pleadings after what had happened and told the U.S. District Court in Greensboro, North Carolina about what happened. In case no. 1:13-CR-435-1, Middle District of North Carolina, the Court should review Documents #152, #153, #154, #155, #161, #162, #163, #164, and #165. I had also written letters to my supervising United States Probation Officer ("USPO") Jason McMurray about what happened and how I emotionally had felt about it while I was incarcerated in Martinsville Jail.

I had also written to the Virginia Attorney General about what had happened in multiple letters, the last one dated January 17, 2019 with Certified mail tracking no. 7018-1130-0000-8936-6214. I have been honest with them, the Court, and my Probation Officer about what had happened on September 20-21, 2018. I have been respectful with USPO McMurray and I have been compliant with him. I am a victim of a crime on Sept. 20-21, 2018. The Supervised Release Violation came from my technical charge of indecent exposure in the Martinsville, Virginia Court system on September 21, 2018 at 55 West Church Street, and with the case no. C18-3138. I am confident that I can be found innocent by bench trial (trial de novo) in the Martinsville Circuit Court. I was found competent in November, 2018, for the state mental evaluation, as ordered by a state Court. I am competent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 18, 2019.
Respectfully filed with the Court, this the 18th day of January, 2019.

Brian D. Hill<br>
Signed<br>
Brian David Hill #29947-057<br>
Federal Correctional Institution 1<br>
Old NC Hwy 75; P.O. Box 1000<br>
Butner, N.C. 27509<br>
JusticeForUSWGO.wordpress.com<br>
USWGO

## Certificate of Service

I, Brian David Hill certify that I had placed the foregoing pleading in a prepaid envelope then placed it at the FCI-1 Butner prison's mailroom on the date of January 18, 2019, addressed to the Clerk of the Court.

Since I am proceeding In Forma Pauperis, I request that the Clerk serve a copy with the Government's Counsel through Notice of Electronic Filing in the CM/ECF system which will notify the other party of this case.

Respectfully filed,

Brian D. Hill
Signed

Brian David Hill #29947-057
Federal Correctional Institution-1
Old NC Hwy 75; P.O. Box 1000
Butner, N.C. 27509

U.S.W.G.O.
JusticeForUSWGO.wordpress.com

Drain The Swamp - Donald Trump

4

Name: Brian David Hill #29947-057
Federal Correctional Institution 1
P.O. Box 1000
Butner, NC 27509



⇔ 29947-057 ⇔
Clerk Of The Court
210 Franklin RD SW
U.S. District Court
Roanoke, VA 24011
United States