# In The United States District Court
# For The Western District of Virginia

| United States of America, Plaintiff, | Criminal Action No. 7:18-MJ-00149 |
|---|---|
| v. | |
| Brian David Hill, Defendant, | |

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
FEB 13 2019
JULIA ___
BY: ___ DEPUTY CLERK

## MOTION TO REQUEST TRANSCRIPTS

Criminal Defendant Brian David Hill ("Brian", "Hill") hereby respectfully requests with the honorable Court that the Transcript of the proceeding dated December 26, 2018 be produced pursuant to Title 28 USC §753(f); since Hill proceeds In Forma Pauperis under the Criminal Justice Act (Title 18 U.S.C. §3006A) Hill requests that the United States pay the transcription fee in this case. Proceeding as entered under Document #3, and FTR Log notes under Document #5. Transcript of proceeding is needed for the defense in response to the charge under Document #1. Respectfully filed with the Court, this the 6th day of February, 2019.

Respectfully submitted,
Brian David Hill
#29947-057
Federal Correctional Institution[1]
Old N.C. Hwy 75/P.O. Box 1000
Butner, N.C. 27509

Brian D. Hill
signed

Friend's blog: JusticeForUSWGO.wordpress.com

# Certificate of Service Re: 7:18-MJ-00149

Brian David Hill certifies that the foregoing pleading "Motion to Request Transcripts" has been deposited in a envelope, postage prepaid, sealed and mailed at the FCI[1] Butner Mail Room on February 6, 2019, to the Clerk of the Court. Since Hill proceeds under In Forma Pauperis, Hill requests that the Clerk serve the Counsel of the United States of America by Notice of Electronic Filing ("NEF") through the CM/ECF system which will notify all parties of any filings.

Respectfully filed,
Brian David Hill
#29947-057
Federal Correctional Institution[1]
Old N.C. Hwy 75/P.O. Box 1000
Butner, N.C. 27509

Brian D. Hill
signed

Friend's blog:
JusticeForUSWGO.wordpress.com

Drain The Swamp
Make America Great Again

Brian David Hill #29947-057
Name:
Number:
Federal Correctional Institution 1
P.O. Box 1000
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
07 FEB 2019 PM 4 L

29947-057
Clerk Of The Court
210 Franklin RD SW
U.S. District Court
Roanoke, VA 24011
United States

24011−221499

LEGAL MAIL