To Clerk of the Court, Request
USA v. Brian David Hill — Re: 7:18-MJ-00149
U.S. District Court
Western District of Virginia
Roanoke Division

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
FEB 13 2019
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

I would like to request a copy of the criminal case Docket Report of case no. 7:18-MJ-00149 after you file my "Motion to request Transcripts" on the Docket. I am proceeding In Forma Pauperis under Title 28 USC §1915 and Criminal Justice Act (Title 18 USC §3006A). I need a copy of my criminal case Docket Report to assist in my defense to the charge against me. Please mail me the Docket Report of my case As Soon As Possible.

Thank You for your time, effort, and service on this matter. I appreciate it. God Bless.

Respectfully,
Brian David Hill
#29947-057
Federal Correctional Institution[1]
Old N.C. Hwy 75/P.O. Box 1000
Butner, N.C. 27509
U.S.W.G.O.

Friend's blog: JusticeForUSWGO.wordpress.com

Brian D. Hill
Signed

Drain The Swamp
Make America Great Again

February 6, 2019

Name: Brian David Hill #29947-057
Number:
Federal Correctional Institution 1
P.O. Box 1000
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
07 FEB 2019 PM 4 L

◇29947-057◇
Clerk Of The Court
210 Franklin RD SW
U.S. District Court
Roanoke, VA 24011
United States

24011-221459

LEGAL MAIL