Clerk of the Court,

Re: 7:18-MJ-00149
February 19, 2019
U.S. District Court
Western District of Virginia

Please file my Motion for Recusal or Disqualification of Judge, then I like to request a copy of the Docket Report for criminal case no. 7:18-MJ-00149, so that I have proof that my Motion was filed.

I was also never served a copy of the Document #10 Order from U.S. Magistrate Judge Robert S. Ballou. My lawyer never showed me that order, neither did my lawyer mail me that order. I never knew that order ~~exhist~~ existed until February 15, 2019. I did not waive my right to review under Rule 59 of the Federal Rules. I am proceeding In Forma Pauperis (28 USC §1915) under the Criminal Justice Act (18 USC §3006A). Please file my Motion, and send me a copy of my case Docket Report after filing. Please serve me the Judge's order under Document #10, so I can properly file timely objections and Appeal the decision.

Thank You,

Brian D. Hill
signed
U.S.W.G.O.

Brian David Hill
#29947-057
Federal Correctional Institution 1
Old N.C. Hwy 75/P.O. Box 1000
Butner, NC 27509
JusticeForUSWGO.wordpress.com

"Drain The Swamp"-President Trump | Qanon | Make America Great Again