FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA

v.

Brian David Hill

CASE NO.: 718MJ149
DATE: 5/14/19
TYPE OF HEARING: Competency

******************************************************************

PARTIES:
1. Robert S. Ballou
2. Charlene Day AUSA
3. Randy Cargill FPD
4. Brian Hill, deft
5. Roberta Hill, mother
6. Jason McMurray, USPO
7.
8.
9.
10.

******************************************************************

Recorded by: K Brown / FTR         Time in Court: 20 min

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 2:30 | 1 |  | 3 |  | 3 |  |  |  |  |
|  | 2 | 2:43 | 1 | 2:50 | 1 |  |  |  |  |
|  | 3 |  | 5 |  |  |  |  |  |  |
| 2:34 | 1 |  | 1 |  |  |  |  |  |  |
|  | 2 |  | 2 |  |  |  |  |  |  |
|  | 1 |  | 3 |  |  |  |  |  |  |
| 2:35 | 3 | 2:45 | 1 |  |  |  |  |  |  |
| 2:35 | 1 |  | 6 |  |  |  |  |  |  |
|  | 4 | 2:48 | 1 |  |  |  |  |  |  |
| 2:36 | 1 |  | 4 |  |  |  |  |  |  |
|  | 4 |  | 1 |  |  |  |  |  |  |
|  | 1 |  | 5 |  |  |  |  |  |  |
|  | 3 | 2:50 | 1 |  |  |  |  |  |  |
| 2:41 | 1 |  | 2 |  |  |  |  |  |  |