AO435
(Rev. 04/18; WDVA Rev. 11/19)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

# TRANSCRIPT ORDER FORM

*Please Read Instructions on Page 2.*

**FOR COURT USE ONLY**

**DUE DATE:**

| 1. **REQUESTOR'S INFORMATION:** | NAME: Brian David Hill | TELEPHONE NUMBER: 276-790-3505 |
|---|---|---|
| DATE OF REQUEST: 04/19/2022 | EMAIL ADDRESS *(Transcript will be emailed to this address.)* rbhill67@comcast.net (c/o Roberta Hill) | |
| MAILING ADDRESS: 310 Forest Street, Apartment 2 | | CITY, STATE, ZIP CODE: Martinsville, Virginia 24112 |

| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER: FTR Operator: K. Brown |
|---|---|
| | OR   CHECK HERE ✓   IF HEARING WAS RECORDED BY FTR |

| CASE NUMBER: 7:18-mj-00149 | CASE NAME: USA v. Brian David Hill | JUDGE'S NAME: Hon. Magistrate Robert S. Ballou |
|---|---|---|
| DATE(S) OF PROCEEDING(S): Dec26-2018/May14-2019 | TYPE OF PROCEEDING(S): Hearing | LOCATION OF PROCEEDING: Western District of Virgini, Roanoke |

REQUEST IS FOR: *(Select one)*   ✓ FULL PROCEEDING   OR   ☐ SPECIFIC PORTION(S) *(Must specify below)*

SPECIFIC PORTION(S) REQUESTED *(If applicable)*:
All of both hearings.

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
*(See Page 2 for descriptions of each service turnaround category.)*

☐ Ordinary (30-Day)           ☐ Daily
✓ 14-Day                      ☐ Hourly
☐ Expedited (7-Day)           ☐ RealTime
☐ 3-Day

4. **CERTIFICATION:**   By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE |
|---|---|
| April 19, 2022 | *Brian D. Hill* Signed — Brian D. Hill |

If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders at:
http://www.vawd.uscourts.gov/media/1576/transcripts.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.

## GENERAL INSTRUCTIONS

**Use**. Use this form to order the transcription of proceedings. **COMPLETE A SEPARATE ORDER FORM FOR EACH CASE NUMBER AND FOR EACH COURT REPORTER FOR WHICH TRANSCRIPTS ARE ORDERED.**

    **CJA Counsel.** CJA Counsel must complete an Auth-24 in eVoucher to obtain approval for the transcript.

    **Appeal.** If case is on appeal, visit http://www.ca4.uscourts.gov for transcript instructions. The transcript will need to be ordered through the United States Court of Appeals using their order form.

**Submitting to the Court**.

    **Attorney** – e-File order to the appropriate case in CM/ECF.

    **Private Party** – Send order to Clerk's Office, U.S. District Court, 210 Franklin Road S.W. Suite 540, Roanoke, VA 24011.

**Deposit Fee.** The Court Reporter will notify you of the amount of the required deposit fee which may be mailed or delivered to the address provided to you by the court reporter. Upon receipt of the deposit, the court reporter will process the order.

**Delivery Time.** Delivery time is computed from the date of receipt of the deposit fee or, for transcripts ordered by the federal government, from the date of receipt of electronic notification.

**Completion of Order.** The court reporter will notify you when the transcript is completed.

**Balance Due.** If the deposit fee was insufficient to cover all charges, the court reporter will notify you of the balance due, which must be paid prior to receiving the completed order.

## SPECIFIC INSTRUCTIONS

All Sections (1 – 4) must be completed in full.

### Section 3. Service Category Requested.

*Ordinary*. A transcript to be delivered within thirty (30) calendar days after receipt of an order.

*14-Day*. A transcript to be delivered within fourteen (14) calendar days after receipt of an order.

*Expedited*. A transcript to be delivered within seven (7) calendar days after receipt of an order.

*3-Day*. A transcript to be delivered within three (3) calendar days after receipt of an order.

*Daily*. A transcript to be delivered on the calendar day following receipt of the order (regardless of whether that calendar day is a weekend or holiday), prior to the normal opening hour of the clerk's office.

*Hourly*. A transcript of proceedings to be delivered within two (2) hours from receipt of the order.

*RealTime*. A draft, unedited transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following receipt of the order. A realtime "feed" is the electronic data flow from the court reporter to the computer of each person or party ordering and receiving the realtime transcription in the courtroom. **Requires prearrangement for services.

# THE DOCUMENTARY SERIES OF
# THE FRAUDS AND FRAME UPS
# BY THE UNITED STATES DEPARTMENT OF [IN]JUSTICE
# (FAMILY PRODUCTION COMMITTEE)
# U.S. GOVERNMENT CHILD PORN PLANTING WARS
# CHILD PORN IS A [WEAPON] OF POLITICS



**FEDERAL PORN WARS - Part 1: Frame Ups of Series of Series - DOCUMENTARY at JusticeForUSWGO.wordpress.com**
https://youtu.be/qdR7Zglxrtw



**FEDERAL PORN WARS - Part 2: Judicial Corruption of Series of Series - DOCUMENTARY at JusticeForUSWGO.wordpress.com**
https://youtu.be/Ujwz6ytSfH8



**FEDERAL PORN WARS - Part 3: BLACKMAIL of Series - DOCUMENTARY at JusticeForUSWGO.wordpress.com**
https://youtu.be/zR-7YLVp5uQ

RAMASWAMY KNOWS THAT THE FEDERAL GOVERNMENT LOVES CHILD PORN BECAUSE IT IS THE PERFECT WEAPON OF POLITICAL WARFARE, PLANTING CHILD PORN TO DESTROY ANYBODY THEY WISH.

Please file:
7:18-MJ-149
then process
my order. For K. Brown
Thanks FTR Operator
FWD to Court Reporters