In the United States District Court
For the Western District of Virginia
Roanoke Division

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 20 2022

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

)
)
**United States of America,**　)
**Plaintiff,**　)
)　**Criminal Action No. 7:18-mj-00149**
**v.**　)
)
**Brian David Hill,**　)
**Defendant**　)
)
)

## EMERGENCY REQUEST FOR TWO COURT HEARINGS TRANSCRIPTS FOR THE PURPOSE OF USING IN THE PENDING 2255 MOTION CASE IN THE MIDDLE DISTRICT OF NORTH CAROLINA SINCE IT IS RELEVANT/MATERIAL AS IN CHARGING DOCUMENTS #1 IN THE WESTERN DISTRICT OF VIRGINIA

Criminal Defendant Brian David Hill ("Brian D. Hill", "Hill", "Brian",

"Defendant", and "Petitioner") is respectfully requesting permission/authorization

from the Honorable Magistrate Judge Robert S. Ballou to allow the Defendant

Brian David Hill to request two transcripts from two hearings involving the

criminal case number 7:18-mj-00149.

This request is URGENT as Brian David Hill is involved in a pending 2255

Motion case in the Middle District of North Carolina challenging a Supervised

Release Violation, Revocation judgment conviction on Document #200, case no.

1:13-cr-435-1. A copy of the 2255 Motion filed in the Middle District of North

1

Carolina and case pending is attached to this request. That is proof that the transcripts are necessary for the pending 2255 case in the Middle District of North Carolina since the two hearings are regarding the Charging Documents #1 and are relevant/material to the Supervised Release Violation proceedings being challenged by the pending 2255 Motion case. The transcripts are necessary for this case.

Brian David Hill is willing to pay for the transcripts and would like to have them possibly furnished within two weeks. Brian D. Hill needs these transcripts quickly and so he also requests that they be emailed to Roberta Hill, Brian's mother, and caretaker, at her email address rbhill67@yahoo.com. They need to be in PDF Format since they are text searchable and easy to copy and paste in Microsoft Word documents if I need to cite those transcripts in any future motion or appeal brief in the Middle District of North Carolina. Since I am going to pay for them, I ask this Court that the Court Reporter give my mother a digital copy to give to me. She is allowed to give me documents emailed to her. She emails my monthly Probation reports in PDF Format through email to Jason McMurray. I would like the PDF files of the transcripts ordered. I do not like to pay for only a paper version when digital versions can be ordered, when it is far easier for me to use digital pdf files of the transcript. I get digital transcripts from my family when they ordered transcripts in the Middle District of North Carolina.

2

The request is directed at FTR Operator K. Brown. A separate transcript order form is also being filed. This request pleading is because I thought I heard years ago that I would have to get permission from the District Court for being allowed to order the transcripts of hearings in front of Magistrates. If I am wrong on that assumption that a rule exists where I have to ask permission from the Judge to get the transcripts, then I would like to go ahead and order the transcripts and my mother to be emailed by the Court Reporter on the cost/fees to pay for the transcripts and then we pay by whatever methods of payment are acceptable and then hopefully the transcripts will be created and emailed to Roberta Hill in PDF Format files. They need to be in PDF Format. It is necessary and easier.

I have had my mother email a letter to Federal Public Defender attorney Randy V. Cargill asking about this process, but he is not responding to my letter or my mother's emails. I am deciding to make the request for the transcripts on my own at my expense. I also ask that correspondence be conducted by the quickest possible method like by telephone or by email to Roberta Hill, my caretaker.

The first hearing I am requesting is December 26, 2018: Minute Entry for proceedings held before Magistrate Judge Robert S. Ballou:Initial Appearance Rule 32.1 re Revocation of Supervised Release as to Brian David Hill held on 12/26/2018 Appearance entered by Kari Kristina Munro for USA,Randy Virlin

Cargill for Brian David Hill on behalf of defendant. Defendant remanded. (FTR Operator: K. Brown) (kab).

The second hearing I am requesting is May 14, 2019: Minute Entry for proceedings held before Magistrate Judge Robert S. Ballou:Competency Hearing as to Brian David Hill held on 5/14/2019, Detention Hearing as to Brian David Hill held on 5/14/2019. Defendant released on Bond. (FTR Operator: K. Brown)(kab) (Entered: 05/15/2019).

The reasons such as me prosecuting a 2255 Motion case material and/or relevant to the Charging Documents #1, should be sufficient for permission/authorization from the District Court to request transcripts of the two hearings necessary for use in the 2255 case in the Middle District of North Carolina. With exception to the transcripts, documents from this Court in this case were transferred to the charging Court in this case, again with no transcripts. I need these transcripts for the purposes of challenging my wrongful conviction by the Revocation Court aka the Charging Court Doc. #1. I did what the Chief Judge asked me to do, I filed a 2255 Motion to challenge the revocation conviction. So, I need to order these transcripts at my expense if that is the only way I get the transcripts in PDF Format. If not email to Roberta Hill, then I am willing to pay for the Court Reporter or FTR Operator to burn the PDF files onto a CD-ROM Disc and mail it to me at my expense. Whatever is necessary to ensure that I get the

digital copies of the transcripts of the hearings. If I have to pay for the transcripts, I
need them to be in PDF Format files.

    Thank you, your Honor.

Respectfully filed with the Court, this the 19th day of April, 2022.

<div align="right">

Respectfully submitted,

*Brian D. Hill*
<small>Signed</small>
**Brian D. Hill**

Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505

</div>



<div align="center">

Former U.S.W.G.O. Alternative News reporter
I stand with Q Intelligence and Lin Wood – Drain the Swamp
I ask Q Intelligence and Lin Wood for Assistance (S.O.S.)
Make America Great Again

</div>

Family gave link: https://youtu.be/zR-7YLVp5uQ  -- JusticeForUSWGO.wordpress.com

<div align="center">

USWGO.COM // JUSTICEFORUSWGO.NL

</div>

Petitioner also requests with the Court that a copy of this pleading be served upon
the Government as stated in 28 U.S.C.§ 1915(d), that "The officers of the court
shall issue and serve all process, and preform all duties in such cases. Witnesses
shall attend as in other cases, and the same remedies shall be available as are
provided for by law in other cases". Petitioner requests that copies be served with
the U.S. Attorney office of Roanoke, VA via CM/ECF Notice of Electronic Filing
("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank
You!

<div align="center">

5

</div>

## CERTIFICATE OF SERVICE

Petitioner/Defendant hereby certifies that on April 19, 2022, service was made by mailing the original of the foregoing:

"EMERGENCY REQUEST FOR TWO COURT HEARINGS TRANSCRIPTS FOR THE PURPOSE OF USING IN THE PENDING 2255 MOTION CASE IN THE MIDDLE DISTRICT OF NORTH CAROLINA SINCE IT IS RELEVANT/MATERIAL AS IN CHARGING DOCUMENTS #1 IN THE WESTERN DISTRICT OF VIRGINIA"

by deposit in the United States Post Office, in an envelope, Postage prepaid, on April 19, 2022 addressed to the Clerk of the Court in the U.S. District Court, for the Western District of Virginia, 210 Franklin Road S.W., Suite 540, Roanoke, VA 24011.

Then pursuant to 28 U.S.C. §1915(d), Petitioner requests that the Clerk of the Court move to electronically file the foregoing using the CM/ECF system which will send notification of such filing to the following parties to be served in this action:

| Duty Assistant – Roanoke | Kari Kristina Munro |
|---|---|
| UNITED STATES ATTORNEYS OFFICE | United States Attorneys Office |
| | 310 First Street, S.W. Room 906 |
| PO BOX 1709 | Roanoke, VA 24008 |
| ROANOKE, VA 24008–1709 | 540–857–2907 |
| Email: | Fax: 540–857–2179 |
| USAVAW.ECFDutyRke@usdoj.gov | Email: kari.munro@usdoj.gov |

This is pursuant to Petitioner's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and perform all duties in such cases ... "the Clerk shall serve process via CM/ECF to serve process with all parties.

| Date of signing: | Respectfully submitted, |
|---|---|
| | Brian D. Hill |
| | Signed |
| April 19, 2022 | Brian D. Hill |
| | Signed |
| | Brian D. Hill (Pro Se) |

6

|  | 310 Forest Street, Apartment 2 |
|--|--|
|  | Martinsville, Virginia 24112 |
|  | Phone #: (276) 790-3505 |
|  | **U.S.W.G.O.** |
|  | I stand with Q Intelligence and Lin Wood – Drain the Swamp |
|  | I ask Q Intelligence and Lin Wood for Assistance (S.O.S.) |
|  | Make America Great Again |

Friend's justice site: JusticeForUSWGO.wordpress.com
JusticeForUSWGO.NL; https://youtu.be/zR-7YLVp5uQ




Qanon
Lin Wood

Please file
text searchable
Thanks :)

Please scan
envelope both
sides front/back

RECEIVED

APR 2 0 2022

USDC Clerk's Office
Mail Room